**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TONY LEE and JAMES MORGAN, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-1334 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Opinion of today's date, summary judgment is granted for the defendants. Based on this Memorandum and Opinion and on earlier rulings dismissing claims with prejudice, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on February 27, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge